UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACK MITCHELL,

    Plaintiff,

v.

Case No. 23-cv-10472
Hon. Matthew F. Leitman

MADISON DISTRICT
PUBLIC SCHOOLS,

    Defendant.
_____/

## JUDGMENT

In accordance with the Court's Order (ECF No. 28), dated November 25, 2024:

**IT IS ORDERED AND ADJUDGED** that Plaintiff Jack Mitchell's claims against Defendant Madison District Public Schools are **DISMISSED WITH PREJUDICE**.

    KINIKIA ESSIX
    CLERK OF COURT

    By: s/Holly A. Ryan
        Deputy Clerk

Approved:
s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: November 25, 2024
Detroit, Michigan

1